# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| FRANK DE MICHELE,<br><br>                                    Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, COUNTY OF WESTCHESTER, TIMOTHY BUGGE, in his individual and official capacity as a Deputy Inspector in the New York City Police Department, DEODAT URPRASAD, in his individual and official capacity as a Captain in the New York City Police Department, ADAM MELLUSI, in his individual and official capacity as a Sergeant in the New York City Police Department, ROGER DiCARLO and ANDREW NYBERG, in their individual and official capacities as police officers in the New York City Police Department, WILLIAM T. McGUINNESS, in his individual and official capacity as a Sergeant in the Westchester County Department of Public Safety, BRIAN P. TIERNEY, GEORGE O. RUIZ, CHRISTIAN M. GUTIERREZ, MITCHELL B. SERLIN, CHRISTOPHER M. LIEBERMAN, MICHAEL N. BRADY and RICHARD E. PUCILLO, in their individual and official capacities as Police Officers in the Westchester County Department of Public Safety, and DOES 1-20, whose identities are not yet known,<br><br>                                    Defendants. | **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR ADMISSION**<br><br>09 CV 9334 (PGG) (HBP) |

------------------------------------------------------------------ x

STATE OF NEW YORK     )
                                      : ss.:
COUNTY OF _____ )

Robert Guerrerio, Jr., being duly sworn, deposes and says:

       1.     I am Robert Guerrerior, Jr.

       2.     I make this affidavit regarding an incident that occurred on January 17th and 18, 2009.

       3.     Prior to January 17, 2009, I had arranged over the Internet to sell Mercedes car parts to an individual. We agreed to meet at a golf course at Shore Road for me to sell him the car parts.

4.  Late in the evening on January 17, 2009, I went to the golf course on Shore Road to sell the car parts.

5.  Two males emerged from a customized, unique C63 white Mercedes with a black roof. One male was heavyset and another male was skinnier. One male had his hands in his pockets, told me he had a gun and that he would shoot me. The men then proceeded to rob me of the car parts and my cellular telephone.

6.  I immediately left the scene after I was robbed and drove home. It took me approximately 20 minutes to return home.

7.  I spoke with my family about the incident at my house for approximately 5 minutes, at which point my father, Robert Guerrerio, Sr., and I went to the New Rochelle police station to report the robbery.

8.  New Rochelle police officers informed us that the robbery did not occur within their jurisdiction and directed us to go to the 45th precinct in the Bronx.

9.  My father and I drove to the 45th precinct in the Bronx and got there approximately one hour after the robbery had occurred.

10. We spoke to several police officers at the 45th precinct and informed them of the robbery. While we were present in the 45th precinct, we heard about a high speed car chase involving a C63 white Mercedes with a black roof. The officers from the 45th precinct had us go to the scene of where the chase had ended.

11. We went to an address in the Bronx and I had the opportunity to view both the car and the suspect that the police had apprehended. This occurred approximately two or three hours after the robbery.

12. The car was unique because it was customized and it was identical to the car that was used in my robbery and I informed the police as such.

13. I viewed the suspect that the police had in their custody. The suspect was sitting inside a police car at the time and when I saw him, he looked like the skinnier male who was involved in the robbery. I told the police that "It looks like [the guy who robbed me]."

14. I then went back to the 45th precinct and spent the next few hours speaking with several police officers and told them about the robbery. My father and I left the 45th precinct at approximately 4:00 a.m. or 5:00 a.m. on January 18, 2009.

15. I never saw the suspect while I was in the precinct.

16. Approximately two weeks to one month later, I identified a the heavier male who robbed me in a line-up and also viewed photographs in a photo array.

17. I appeared in court several times for the robbery case, but eventually decided to drop the charges because I had missed too many days of work going back and forth to

court, I had misidentified the perpetrator, and I also did not want to have anything to do with the perpetrators again.

                                                    _____
                                                    Robert Guerrerio, Jr.

Sworn to me before this 25th day of
October, 2011

_____

**DANNY NESPOLINI**
Notary Public, State of New York
NO. 01NE6011628
Qualified in Westchester County
Commission Expires Aug. 10, 2014